1   Richard L. Stone (Cal. Bar No. 110022)
    HOGAN & HARTSON L.L.P.
2   1999 Avenue of the Stars, Suite 1400
    Los Angeles, California 90067
3   Telephone: (310) 785-4600
    Facsimile: (310) 785-4601
4   rlstone@hhlaw.com

5   Corey W. Roush
    HOGAN & HARTSON L.L.P.
6   555 13th St. NW
    Washington, DC 20004
7   Telephone: (202) 637-5600
    Facsimile: (202) 637-5910
8   cwroush@hhlaw.com

9   Attorneys for Defendants
    GEMSTAR-TV GUIDE INTERNATIONAL, INC.,
10  TV GUIDE INTERACTIVE, INC. and
    GEMSTAR DEVELOPMENT CORP.

11

12              UNITED STATES DISTRICT COURT

13         FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15

| | |
|---|---|
| 16 DIGEO, INC. | ) CASE NO. CV-07-0885-DSF (AJWx) |
| | ) |
| 17 Plaintiff, | ) The Hon. Dale S. Fischer |
| | ) |
| 18 vs. | ) **JOINT STIPULATION OF** |
| | ) **DISMISSAL AND [PROPOSED]** |
| 19 GEMSTAR-TV GUIDE | ) **ORDER** |
| INTERNATIONAL, INC., et al. | ) |
| 20 | ) |
| Defendants. | ) |
| 21 | ) |
| | ) |
| 22 | ) |
| | ) |
| 23 | ) |

24

25

26

27

28

WLA - 097424/000064 - 350011 v1

1            Pursuant to Rule 41, Fed. R. Civ. P., Plaintiff Digeo, Inc. ("Plaintiff")

2    and Defendants Gemstar-TV Guide International, Inc., TV Guide Interactive, Inc.

3    and Gemstar Development Corp. (collectively, "Defendants"), by their undersigned

4    attorneys, stipulate that this action, including complaint, answers and compulsory

5    counterclaims, be dismissed, with prejudice.  This stipulated dismissal with

6    prejudice follows a settlement of disputed claims and is not in any way intended to

7    constitute an adjudication of the merits of any claim, defense or fact.  Each party

8    shall bear its own attorney's fees and costs and expenses incurred by or on behalf of

9    said party in connection with this action.  This stipulated dismissal is separate and

10   independent from the obligations set forth in the following two paragraphs.

11           Plaintiff, Defendants, and their respective counsel of record will

12   comply with terms of the Protective Order entered in this action on November 2,

13   2007, including but not limited to the termination provisions in Paragraph 22.

14           In addition, to the extent that any of Plaintiff's counsel of record is in

15   possession of:  any documents or materials bearing bates numbers of Gemstar-TV

16   Guide International, Inc., or any of its affiliates or predecessors ("Gemstar") which

17   are designated as confidential under either of the protective orders entered in the

18   actions captioned *In the Matter of Certain Set-Top Boxes and Components Thereof*,

19   U.S.I.T.C. Investigation No. 337-TA-454 ("ITC Action") and/or *In re Gemstar*

20   *Development Corporation Patent Litigation*, MDL-1274-WBH, N.D.Ga., ("MDL

21   Action"); deposition transcripts (or exhibits thereto) designated by Gemstar as

22   confidential under the protective orders entered in either the ITC Action or MDL

23   Action; expert reports, pleadings or discovery responses prepared by or on behalf of

24   any party, or deposition transcripts (or exhibits thereto) of testimony provided by

25   any expert witnesses, that contain or reflect information designated by Gemstar as

26   confidential under the protective orders entered in either the ITC Action or MDL

27   Action, then such counsel of record will, within 90 days of the date hereof, certify

28   the destruction (to the extent such documents contain or reflect Gemstar confidential

1   information) or return of such materials to Gemstar-TV Guide International, Inc.

2   Pursuant to this stipulation and the terms of a letter agreement dated April 18, 2008,

3   Gemstar shall pay a portion of the actual fees and costs of Digeo's counsel (as set

4   forth in the April 18, 2008, letter agreement) to comply with the terms of this

5   paragraph.  Nothing in this stipulation shall preclude any party from separately

6   enforcing its rights under any of the protective orders in either the ITC Action or

7   MDL Action.

8

9

10   DATED: _April 1?_, 2008          By _Richard Stone / by Amy Gadler_

11

12                                    Richard L. Stone
                                      HOGAN & HARTSON LLP

13                                    Attorneys for Defendants Gemstar-TV
                                      Guide International, Inc., TV Guide
14                                    Interactive, Inc. and Gemstar
                                      Development Corp.

15

16   DATED: _____, 2008          By _____

17

18                                    Robert G. Krupka, P.C.
                                      Alexander F. MacKinnon
19                                    Corey C. Watson
                                      Guy Ruttenberg
20                                    KIRKLAND & ELLIS LLP

21                                    Attorneys for Plaintiff,
                                      DIGEO, INC.

22

23

24

25

26

27

28