```
HOGAN & HARTSON L.L.P.
Neil R. O'Hanlon (Cal. Bar No. 67018)
Amy M. Gallegos (Cal. Bar No. 211379)
Asheley G. Dean (Cal. Bar No. 245504)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
nrohanlon@hhlaw.com
amgallegos@hhlaw.com
agdean@hhlaw.com
```

Attorneys for Defendant and Counterclaimant
PAPERPAK PRODUCTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FREIGHT MANAGEMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAPERPAK PRODUCTS, INC., a Delaware corporation,<br><br>Defendant. | Case No. SACV 06 1239 CJC (RNBx)<br><br>**STIPULATION FOR DISMISSAL**<br><br>Trial Date: June 24, 2008 |
| AND RELATED COUNTERCLAIM | |

1

STIPULATION FOR DISMISSAL

\\\LA - 023175/000005 - 381815 v1

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties
2  to this action, through their respective counsel, that the above-captioned action,
3  including all claims and counterclaims asserted therein, be hereby dismissed, with
4  prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each
5  party shall bear its own attorneys' fees and costs.

7  Dated: April 8, 2008

MILES L. KAVALLER, A PROF. LAW CORP

By: _____
Miles L. Kavaller
Attorney for Plaintiff and Counter-
Defendant Freight Management, Inc.

HOGAN & HARTSON, LLP

By: _____
Amy Gallegos, Esq.
Attorneys for PaperPak
and Counter-Claimant
PaperPak Products, Inc.