1 | Richard L. Stone (Cal. Bar No. 110022)
HOGAN & HARTSON L.L.P.
2 | 1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
3 | Telephone: (310) 785-4600
Facsimile: (310) 785-4601
4 | rlstone@hhlaw.com

5 | Corey W. Roush
HOGAN & HARTSON L.L.P.
6 | 555 13th St. NW
Washington, DC 20004
7 | Telephone: (202) 637-5600
Facsimile: (202) 637-5910
8 | cwroush@hhlaw.com

9 | Attorneys for Defendants
GEMSTAR-TV GUIDE INTERNATIONAL, INC.,
10 | TV GUIDE INTERACTIVE, INC. and
GEMSTAR DEVELOPMENT CORP.

11 |

12 | **UNITED STATES DISTRICT COURT**

13 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14 | **WESTERN DIVISION**

15 |

16 | DIGEO, INC.                                    ) CASE NO. CV-07-0885-DSF (AJWx)
                                                   )
17 |          Plaintiff,                           ) The Hon. Dale S. Fischer
                                                   )
18 |     vs.                                       ) **JOINT STIPULATION OF**
                                                   ) **DISMISSAL AND [PROPOSED]**
19 | GEMSTAR-TV GUIDE                               ) **ORDER**
     INTERNATIONAL, INC., et al.                   )
20 |                                               )
              Defendants.                          )
21 |                                               )
                                                   )
22 |                                               )
                                                   )
23 | _____           )

24 |

25 |

26 |

27 |

28 |

\LA - 097424/000064 - 350011 v1

1     Pursuant to Rule 41, Fed. R. Civ. P., Plaintiff Digeo, Inc. ("Plaintiff")

2   and Defendants Gemstar-TV Guide International, Inc., TV Guide Interactive, Inc.

3   and Gemstar Development Corp. (collectively, "Defendants"), by their undersigned

4   attorneys, stipulate that this action, including complaint, answers and compulsory

5   counterclaims, be dismissed, with prejudice. This stipulated dismissal with

6   prejudice follows a settlement of disputed claims and is not in any way intended to

7   constitute an adjudication of the merits of any claim, defense or fact. Each party

8   shall bear its own attorney's fees and costs and expenses incurred by or on behalf of

9   said party in connection with this action. This stipulated dismissal is separate and

10   independent from the obligations set forth in the following two paragraphs.

11     Plaintiff, Defendants, and their respective counsel of record will

12   comply with terms of the Protective Order entered in this action on November 2,

13   2007, including but not limited to the termination provisions in Paragraph 22.

14     In addition, to the extent that any of Plaintiff's counsel of record is in

15   possession of: any documents or materials bearing bates numbers of Gemstar-TV

16   Guide International, Inc., or any of its affiliates or predecessors ("Gemstar") which

17   are designated as confidential under either of the protective orders entered in the

18   actions captioned *In the Matter of Certain Set-Top Boxes and Components Thereof*,

19   U.S.I.T.C. Investigation No. 337-TA-454 ("ITC Action") and/or *In re Gemstar*

20   *Development Corporation Patent Litigation*, MDL-1274-WBH, N.D.Ga., ("MDL

21   Action"); deposition transcripts (or exhibits thereto) designated by Gemstar as

22   confidential under the protective orders entered in either the ITC Action or MDL

23   Action; expert reports, pleadings or discovery responses prepared by or on behalf of

24   any party, or deposition transcripts (or exhibits thereto) of testimony provided by

25   any expert witnesses, that contain or reflect information designated by Gemstar as

26   confidential under the protective orders entered in either the ITC Action or MDL

27   Action, then such counsel of record will, within 90 days of the date hereof, certify

28   the destruction (to the extent such documents contain or reflect Gemstar confidential

LA - 097424/000064 - 350011 v1

1   information) or return of such materials to Gemstar-TV Guide International, Inc.

2   Pursuant to this stipulation and the terms of a letter agreement dated April 18, 2008,

3   Gemstar shall pay a portion of the actual fees and costs of Digeo's counsel (as set

4   forth in the April 18, 2008, letter agreement) to comply with the terms of this

5   paragraph.  Nothing in this stipulation shall preclude any party from separately

6   enforcing its rights under any of the protective orders in either the ITC Action or

7   MDL Action.

8

9

10   DATED: April 18 , 2008          By _____

11                                         Richard L. Stone
12                                         HOGAN & HARTSON LLP

13                                         Attorneys for Defendants Gemstar-TV
                                           Guide International, Inc., TV Guide
14                                         Interactive, Inc. and Gemstar
                                           Development Corp.
15

16   DATED: April 18 , 2008          By _____

17                                         Robert G. Krupka, P.C.
18                                         Alexander F. MacKinnon
                                           Corey C. Watson
19                                         Guy Ruttenberg
                                           KIRKLAND & ELLIS LLP
20
                                           Attorneys for Plaintiff,
21                                         DIGEO, INC.

22

23

24   IT IS SO ORDERED.

25

26   _____          _____

27   DATE                             United States District Court Judge

28

-2-

SLA - 097424/000064 - 350011 v1