1  Richard L. Stone (Cal. Bar No. 110022)
   HOGAN & HARTSON L.L.P.
2  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California 90067
3  Telephone: (310) 785-4600
   Facsimile: (310) 785-4601
4  rlstone@hhlaw.com

5  Corey W. Roush
   HOGAN & HARTSON L.L.P.
6  555 13th St. NW
   Washington, DC 20004
7  Telephone: (202) 637-5600
   Facsimile: (202) 637-5910
8  cwroush@hhlaw.com

9  Attorneys for Defendants
   GEMSTAR-TV GUIDE INTERNATIONAL, INC.,
10 TV GUIDE INTERACTIVE, INC. and
   GEMSTAR DEVELOPMENT CORP.
11

12              UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                      WESTERN DIVISION

15

16 | DIGEO, INC.                          | CASE NO. CV-07-0885-DSF (AJWx)
17 |         Plaintiff,                   | The Hon. Dale S. Fischer
18 |     vs.                              | **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**
19 | GEMSTAR-TV GUIDE INTERNATIONAL, INC., et al.
20 |         Defendants.

\\LA - 097424/000064 - 350011 v1

Pursuant to Rule 41, Fed. R. Civ. P., Plaintiff Digeo, Inc. ("Plaintiff") and Defendants Gemstar-TV Guide International, Inc., TV Guide Interactive, Inc. and Gemstar Development Corp. (collectively, "Defendants"), by their undersigned attorneys, stipulate that this action, including complaint, answers and compulsory counterclaims, be dismissed, with prejudice. This stipulated dismissal with prejudice follows a settlement of disputed claims and is not in any way intended to constitute an adjudication of the merits of any claim, defense or fact. Each party shall bear its own attorney's fees and costs and expenses incurred by or on behalf of said party in connection with this action. This stipulated dismissal is separate and independent from the obligations set forth in the following two paragraphs.

Plaintiff, Defendants, and their respective counsel of record will comply with terms of the Protective Order entered in this action on November 2, 2007, including but not limited to the termination provisions in Paragraph 22.

In addition, to the extent that any of Plaintiff's counsel of record is in possession of: any documents or materials bearing bates numbers of Gemstar-TV Guide International, Inc., or any of its affiliates or predecessors ("Gemstar") which are designated as confidential under either of the protective orders entered in the actions captioned *In the Matter of Certain Set-Top Boxes and Components Thereof*, U.S.I.T.C. Investigation No. 337-TA-454 ("ITC Action") and/or *In re Gemstar Development Corporation Patent Litigation*, MDL-1274-WBH, N.D.Ga., ("MDL Action"); deposition transcripts (or exhibits thereto) designated by Gemstar as confidential under the protective orders entered in either the ITC Action or MDL Action; expert reports, pleadings or discovery responses prepared by or on behalf of any party, or deposition transcripts (or exhibits thereto) of testimony provided by any expert witnesses, that contain or reflect information designated by Gemstar as confidential under the protective orders entered in either the ITC Action or MDL Action, then such counsel of record will, within 90 days of the date hereof, certify the destruction (to the extent such documents contain or reflect Gemstar confidential

information) or return of such materials to Gemstar-TV Guide International, Inc. Pursuant to this stipulation and the terms of a letter agreement dated April 18, 2008, Gemstar shall pay a portion of the actual fees and costs of Digeo's counsel (as set forth in the April 18, 2008, letter agreement) to comply with the terms of this paragraph. Nothing in this stipulation shall preclude any party from separately enforcing its rights under any of the protective orders in either the ITC Action or MDL Action.

DATED: April 18, 2008        By: _____
                                  Richard L. Stone
                                  HOGAN & HARTSON LLP

                                  Attorneys for Defendants Gemstar-TV
                                  Guide International, Inc., TV Guide
                                  Interactive, Inc. and Gemstar
                                  Development Corp.

DATED: April 18, 2008        By: _____
                                  Robert G. Krupka, P.C.
                                  Alexander F. MacKinnon
                                  Corey C. Watson
                                  Guy Ruttenberg
                                  KIRKLAND & ELLIS LLP

                                  Attorneys for Plaintiff,
                                  DIGEO, INC.

IT IS SO ORDERED.

_____        _____
DATE                            United States District Court Judge