Richard L. Stone (Cal. Bar No. 110022)
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
rlstone@hhlaw.com

Corey W. Roush
HOGAN & HARTSON L.L.P.
555 13th St. NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cwroush@hhlaw.com

Attorneys for Defendants
GEMSTAR-TV GUIDE INTERNATIONAL, INC.,
TV GUIDE INTERACTIVE, INC. and
GEMSTAR DEVELOPMENT CORP.

**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DIGEO, INC. | CASE NO. CV-07-0885-DSF (AJWx) |
| Plaintiff, | The Hon. Dale S. Fischer |
| vs. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |
| GEMSTAR-TV GUIDE INTERNATIONAL, INC., <u>et al</u>. | |
| Defendants. | |

\\\LA - 097424/000064 - 384079 v1

## ORDER

The Court, having reviewed the parties' Joint Stipulation Of Dismissal And [Proposed] Order pursuant to Rule 41, Fed. R. Civ. P., filed on April 18, 2008, hereby orders that this action, including complaint, answers and compulsory counterclaims, is dismissed, with prejudice. This stipulated dismissal with prejudice follows a settlement of disputed claims and does not constitute an adjudication of the merits of any claim, defense or fact. Each party shall bear its own attorney's fees and costs and expenses incurred by or on behalf of said party in connection with this action. This stipulated dismissal is separate and independent from the obligations set forth in the following two paragraphs.

Plaintiff, Defendants, and their respective counsel of record will comply with terms of the Protective Order entered in this action on November 2, 2007, including but not limited to the termination provisions in Paragraph 22.

In addition, to the extent that any of Plaintiff's counsel of record is in possession of: any documents or materials bearing bates numbers of Gemstar-TV Guide International, Inc., or any of its affiliates or predecessors ("Gemstar") which are designated as confidential under either of the protective orders entered in the actions captioned *In the Matter of Certain Set-Top Boxes and Components Thereof,* U.S.I.T.C. Investigation No. 337-TA-454 ("ITC Action") and/or *In re Gemstar Development Corporation Patent Litigation*, MDL-1274-WBH, N.D.Ga., ("MDL Action"); deposition transcripts (or exhibits thereto) designated by Gemstar as confidential under the protective orders entered in either the ITC Action or MDL Action; expert reports, pleadings or discovery responses prepared by or on behalf of any party, or deposition transcripts (or exhibits thereto) of testimony provided by any expert witnesses, that contain or reflect information designated by Gemstar as confidential under the protective orders entered in either the ITC Action or MDL Action, then such counsel of record will, within 90 days of the date hereof, certify

1  the destruction (to the extent such documents contain or reflect Gemstar confidential
2  information) or return of such materials to Gemstar-TV Guide International, Inc.
3  Pursuant to the parties' stipulation and the terms of a letter agreement dated April
4  18, 2008, Gemstar shall pay a portion of the actual fees and costs of Digeo's counsel
5  (as set forth in the April 18, 2008, letter agreement) to comply with the terms of this
6  paragraph.  Nothing in the stipulation shall preclude any party from separately
7  enforcing its rights under any of the protective orders in either the ITC Action or
8  MDL Action.

___4/22/08_____          _____
DATE                                                              Honorable Dale S. Fischer
                                                                         United States District Judge